# International Tape Company

International Tape Company • PO Box 240 • 6 Industrial Drive • Windham, NH 03087

**800-253-4450**

Call: 603-893-1894

Fax: 603-898-9025

[sales@itctapes.com](mailto:sales@itctapes.com)

Bag Sealing Tape
Double Coated Tape
Featured Products
Foam Tape
**Mounting & Glazing**
High/Low Tack Tape
ITC Capabilities & Specialties
Pressure Sensitive Tape
Tape Products Comparison Chart
Transfer Tape
Contact ITC Tape
Sitemap

**ShareThis**



## Polyethylene Tape, Paper Tape and Cloth Tape


grip mounting


protective barriers


conventional applications

### Double Coated Polyethylene Tape

| ITC # | Polyethylene Tape Description/Application | TT | LT | PA | EL | TS | RL |
|---|---|---|---|---|---|---|---|
| 222 | White Polyethylene Film, double coated polyethylene tape with a permanent adhesive system. This double coated polyethylene tape is economical mounting tape, displays excellent conformability and tear ability. Recommended for carpet installation and a wide range of industrial applications involving laminating, splicing and joining of different surfaces. | 4.0 | 2.5 | 50 | 100 | 7 | P |
| 850 | White Polyethylene Film, double coated polyethylene tape with a permanent adhesive system. Its thin profile provides excellent conformability and permanency. This double coated polyethylene tape is the most economical choice for carpet hold down. | 3.0 | 2.5 | 50 | 100 | 4 | P |

### Double Coated Paper Tape

| ITC # | Paper Tape Description/Application | TT | LT | PA | EL | TS | RL |
|---|---|---|---|---|---|---|---|
| 280 | Saturated Crepe Paper, double coated paper tape with a permanent adhesive system. This double coated paper tape is ideal for applications demanding greater conformability and elongation, while providing good tensile strength and a thicker profile. This double coated paper tape is useful for laminating, mounting, bonding, holding and die cutting. Used for core start-up and end tabbing. Hand tearable. | 7.0 | 3.2 | 100 | 7 | 21 | P |
| 282 | Saturated Crepe Paper, double coated paper tape with a semi-permanent adhesive system. This double coated paper tape possesses moderate tack and excellent dead load shear properties. This double coated paper tape exhibits superb tensile strength and conforms to most smooth dry surfaces without tearing. This double coated paper tape is useful for mounting golf club handle grips, core start-up, end tabs for papers, foils and films. Temporary plate mounting applications. Hand tearable. | 5.5 | 3.2 | 50 | 7 | 21 | P |
| 555 | Calendared White Paper, double coated paper tape with a permanent adhesive system. This double coated paper tape is an economical alternative to flatback and saturated crepe supported products. This double coated paper tape is an excellent workable product for manual application where easy hand tearability is preferred, such as: attaching, holding, mounting and splicing. | 5.5 | 2.5 | 80 | 4 | 15 | P |
| 555H | Calendared White Paper, double coated paper tape with a thick mass of aggressive, high tack, super permanent adhesive. This double coated paper tape is used for splicing and mounting heavy duty & irregular surfaces. This double coated paper tape is tearable. | 10.5 | 3.2 | 160 | 5 | 15 | P |

### Double Coated Cloth Tape

| ITC # | Cloth Tape Description/Application | TT | LT | PA | EL | TS | RL |
|---|---|---|---|---|---|---|---|

Exhibit 4

| # | Description | TT | LT | PA | EL | TS | RL |
|---|---|---|---|---|---|---|---|
| 219 | Synthetic Scrim Cloth, double coated **cloth tape** with a moderate tack rubber adhesive. This high strength economy grade cloth tape is used for quick and easy carpet installation where removability from various surfaces such as wood and cement is required. | 9.0 | 3.2 | 65 | 10 | 23 | P |
| 319 | Synthetic Scrim Cloth, double coated cloth tape with an aggressive adhesive system. This double coated cloth tape possesses immediate quick stick and conforms to most rough surfaces. The cloth carrier provides dimensional stability and strength. This double coated cloth tape is used for carpet hold down, fixing and splicing of textiles. Industrial grade. | 11.0 | 3.2 | 75 | 10 | 23 | P |
| 591B | A High Strength Cotton / Polyester Blend Cloth, double coated **cloth tape** with a removable, residue-free adhesive system. This double coated cloth tape is manufactured on a blue polyethylene liner which adds to the products conformability and prevents liner tear upon removal. Used widely for carpet installation in the convention / trade show industry. Also used for laminating dissimilar or difficult surfaces together. | 11.0 | 3.6 | 47 | 10 | 24 | F |
| 607 | Synthetic Scrim Cloth, double coated cloth tape with an extremely aggressive adhesive system. This heavy coat version of product 319 is designed to offer greater adhesive strength for very difficult applications. This double coated cloth tape is used for asbestos abatement, to mount printing plates, and outdoor bonding of difficult surfaces in which a standard cloth will not perform. | 14.0 | 3.2 | 180 | 10 | 27 | P |

\* (TT/LT) Tape/Liner Thickness (mils) (PA) Peel Adh. (oz/in width) PSTC-3 (EL) Elongation %
(TS) Tensile Strength (lb/in width)

(RL) Release Liner Config. (P) Paper Release Liner (F) Film Release Liner
(X) Extended Liner-1/8" beyond adh. (I) Adhesive wound in

This information is offered as a guide in proper selection. The user must determine the suitability of the product for the intended use. International Tape Company reserves the right to change product specifications or delete products without notice. Because of the varied applications and performance conditions, our products are warranted against manufacturing defects only.

## More Double Coated Tapes:

**Polyester Double Coated Tape**
**Polypropylene Double Coated Tape**
**Tissue Double Coated Tape**
**Vinyl Double Coated Tape**

## Request Your Free Adhesive Tape Samples Today!

or **Call 800-253-4450** with your requirements.

**MADE IN THE USA!**

© 2012, International Tape Company, All Rights Reserved.
NH Website Design SEO & Online Marketing

Custom Tape Manufacturer with a complete line of double coated tapes including: acrylic, adhesive, ATG, bag sealing, cloth, foam, high tack, low tack, paper, polyester, polyethylene, polypropylene, pressure sensitive, tissue, transfer and vinyl.