## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Shieldmark, Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Insite Solutions, LLC,<br><br>     Defendants. | Date: January 11, 2013<br><br>Judge: Donald C. Nugent<br><br>Court Reporter: ~~None~~ GEORGE STAIDUHAR<br><br>Case Number: 1:12 CV 223 |

Hearing held on Claims Construction. All counsel present. Opening statements of counsel made. Claims submitted. Court to Rule.

Length of Proceeding: 120 min

/s/ Donald C. Nugent  1/11/13
United States District Judge