Case: 1:12-cv-00223-DCN  Doc #: 76-2  Filed: 06/14/13  1 of 1.  PageID #: 1573

### Related Searches

Significant figures
Statistically signif...
Significant other
Significant figures ...
Significant figure c...
Significant digits
Significant people
Significant strength...

### Nearby Words

significance te...
significance-le...
significancy
**significant**
significant dig...
significant dig...
significant fig...

### Synonyms

representative
consequential
considerable
sententious
substantial
suggestive
convincing
MORE

### Synonym Game

gloss
morphology
exegesis
pandect
PLAY

# significant          Use **Significant** in a sentence

Ads
**7 Alzheimer's Triggers**
www.newsmax.com
These 7 Things Activate Alzheimer's in Your Brain. Read More.

**Dell Offers for Graduates**
www.dell.com/Student
Shop Dell & Get a $200 eGift Card w/ Purchase of PCs w/ Intel® Core™

## **sig·nif·i·cant** [sig-**nif**-i-k*uh* nt]     Show IPA

*adjective*

1. important; of consequence.
2. having or expressing a meaning; indicative; suggestive: *a significant wink.*
3. *Statistics.* of or pertaining to observations that are unlikely to occur by chance and that therefore indicate a systematic cause.

*noun*

4. something significant; a sign.

*Origin:*
1570–80;  < Latin *significant-* (stem of *significāns* ), present participle of *significāre*  to signify; see -ant

*Related forms*
**sig·nif·i·cant·ly,** *adverb*
**non·sig·nif·i·cant,** *adjective*
**non·sig·nif·i·cant·ly,** *adverb*
**su·per·sig·nif·i·cant,** *adjective*
**su·per·sig·nif·i·cant·ly,** *adverb*

*Synonyms*
**1.** consequential, momentous, weighty. **2.** See expressive.

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2013.
Cite This Source  |  Link To **significant**

**Relevant Questions**

**Significant is always a great word to know. So is gobo. Does it mean:**     00:10

○   a screen or mat covered with a dark material for

### Exam

But tri
sufficie

But wh
trigger

Beside
**signifi**

The en
piece

### Relate

expres
signific
aeroth
least s
most s
access
MORE

### Match

*"Noth
Thou*

-Philip