## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Shieldmark,<br><br>    Plaintiff(s),<br>v.<br><br>Insite Solutions,<br><br>    Defendant(s). | Date: October 22, 2013<br><br>Judge Donald C. Nugent<br><br>Court Reporter: ~~None~~ SUE TRISCHAN<br><br>Case Numbers: 1:12 CV 223<br>1:13 CV 572 |

Hearing held on parties Motions for Summary Judgment. All Counsel participating and all issues are fully briefed. Oral arguments in support of and in opposition to SJ made by counsel.
Court to rule.
Trial, if necessary, 12/16/13 @ 8:30AM
All counsel notified of this ORDER

Length of Proceeding: 60 MIN

/s/ Donald C. Nugent 10/22/13
United States District Judge