IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHIELDMARK, INC., | ) | |
| | ) | CASE NO.: 1:12 CV 223 |
| Plaintiff, | ) | 1:13 CV 572 |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| INSITE SOLUTIONS, LLC. | ) | |
| | ) | |
| Defendant. | ) | JUDGMENT ORDER |
| | ) | |

For the reasons set forth in this Court's Memorandum Opinion and Order, the

Defendant's Motions for Summary Judgment of Non-Infringement (ECF # 58 in case number

1:12 CV 223, and ECF #16 in case number 1:13 CV 572), are hereby GRANTED.  Judgment is

entered in favor of Defendant, InSite, and these cases are dismissed.  IT IS SO ORDERED.

   /s/ Donald C. Nugent
Judge Donald C. Nugent
United States District Judge

Date:    November 19, 2013